RUDOLPH H. EVANS, Respondent, *v.* CHARLES F. MULLER et al., Respondents, and DAVID KEANE et al., Appellants.

*Evans* v. *Muller,* 74 App. Div. 630, appeal dismissed.
(Argued January 5, 1903; decided January 13, 1903.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 24, 1902, which affirmed an order of Special Term discontinuing the action.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Wolcott G. Lane* for motion.

*J. Noble Hayes* opposed.

Motion granted and appeal dismissed, with costs accrued in this court and ten dollars costs of motion.